Marko R. Zoretic
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main St., 14th Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile:  (949) 760-9502

Attorneys for Movant
ADVANCED CLUSTER SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADVANCED CLUSTER SYSTEMS, INC.,<br><br>    Movant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Respondent. | Case No.:  7:22-mc-224<br><br>**ADVANCED CLUSTER SYSTEMS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL INTERNATIONAL BUSINESS MACHINES CORPORATION'S THIRD-PARTY PRODUCTION AND DEPOSITION**<br><br>Date:  TBD<br>Time:  TBD<br>Place:  TBD |

NOTICE is hereby given of the filing of this motion pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure by Movant Advanced Cluster Systems, Inc. ("ACS"). This Motion (the "Motion") seeks an Order to compel third-party International Business Machines Corporation ("IBM") to produce documents it already agreed to produce (responsive to at least Request Nos. 1, 2, and 7–10) and make a witness available for deposition on Topics 7–12, pursuant to Rule 45 subpoenas served in connection with a patent infringement case pending in the United States District Court for the District of Delaware, Case No. 1:19-cv-02032-MN-CJB (the "ACS v. NVIDIA Litigation").

ACS supports this motion with the following Memorandum of Points and Authorities and the declaration of Marko R. Zoretic (Zoretic Decl.").

Dated: August 18, 2022

        Respectfully submitted,

        */s/ Marko R. Zoretic*
        Marko R. Zoretic
        KNOBBE MARTENS OLSON & BEAR LLP
        2040 Main Street, 14th Floor
        Irvine, CA 92614-3641
        Tel.: (949) 760-0404
        Fax: (949) 760-9502

        *Attorneys for Movant*
        ADVANCED CLUSTER SYSTEMS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 18, 2022, the foregoing was electronically filed with the Court via CM/ECF and served upon the following via electronic mail and U.S. Mail:

| | |
|---|---|
| International Business Machines, Corp. c/o Russell DeClerck<br>russell.declerck@hoganlovells.com<br>Hogan Lovells US LLP<br>390 Madison Avenue, New York, NY 10017<br>Tel.: (212) 918 3000 | *Counsel for Third-Party International Business Machines, Corp.*<br><br>*VIA E-MAIL and U.S. MAIL* |
| nvidia-acs-dla@us.dlapiper.com<br><br>Brian A. Biggs<br>Stephanie E. O'Byrne<br>Erin E. Larson<br>Mark Fowler<br>Clayton Thompson<br>Jake Zolotorev<br>Carrie Williamson<br>Monica De Lazzari<br>Jonathan Hicks (Pro Hac Vice)<br>Peter F. Nelson<br>brian.biggs@us.dlapiper.com<br>stephanie.obyrne@us.dlapiper.com<br>erin.larson@us.dlapiper.com<br>mark.fowler@dlapiper.com<br>clayton.thompson@us.dlapiper.com<br>jake.zolotorev@us.dlapiper.com<br>carrie.williamson@us.dlapiper.com<br>monica.delazzari@us.dlapiper.com<br>jonathan.hicks@us.dlapiper.com<br>peter.nelson@us.dlapiper.com | *Counsel for Defendants NVIDIA Corporation, NVIDIA Singapore PTE. Ltd., and NVIDIA International Inc.*<br><br>*VIA EMAIL* |

_____
Karina V. Nieves

56152609